# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.     **ORDER**
      Criminal File No. 06-99 (MJD)

(1) JOSEPH EDWARD NAVIN, JR.,

      Defendant.

_____

This matter is before the Court on Defendant Joseph Edward Navin, Jr.'s Petition for Release from Probation.  [Docket No. 3]

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Joseph Edward Navin, Jr.'s Petition for Release from Probation [Docket No. 3] is **GRANTED**.

2. As of the date of this Order, Navin is discharged from supervised release in this case.

Dated: February 2, 2007
      s / Michael J. Davis
      Judge Michael J. Davis
      United States District Court