# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        **ORDER**
                            Criminal File No. 06-00099 (MJD)

JOSEPH E. NAVIN, JR.,

    Defendant.

---

James E. Lackner, Assistant United States Attorney, Counsel for Plaintiff.

Joseph E. Navin, *pro se*.

---

In an Order dated May 21, 2010 [Docket No. 7], the Court denied Defendant Joseph E. Navin's *pro se* Motion for Reduction or Reversal of Federal Fine [Docket No. 5] for lack of jurisdiction under 18 U.S.C. § 3573. Nevertheless, the Court construed Defendant's motion to also request an adjustment to his payment schedule under 18 U.S.C. § 3572(d)(3). The Court granted Defendant until June 4, 2010 to file a brief explaining how he has suffered a material change in economic circumstances that might affect his ability to pay the fine.

Because Defendant has failed to file any submissions pursuant to the Court's Order, it is **HEREBY ORDERED** that Defendant's *pro se* Motion for Reduction or Reversal of Federal Fine, construed to be a Motion for Adjustment to the Payment

Schedule of his Federal Fine, [Docket No. 5] is **DENIED**.


Date:   July 25, 2010                                              s/ Michael J. Davis
                                                                   Michael J. Davis
                                                                   Chief Judge
                                                                   United States District Court